FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2014 FEB -3 PM 3: 55

WILLIAM W. BLEVINS
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

### BILL OF INFORMATION FOR
### EMBEZZLEMENT OF LABOR UNION ASSETS



**FELONY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 14-19 |
| **v.** | * | **SECTION:** SECT. K MAG. 1 |
| **JEANINE BREAUX** | * | **VIOLATION:** 29 U.S.C. § 501(c) |
| | * | * | * |

The United States Attorney charges that:

### COUNT 1

From in or about July 2006 through in or about December 2009, in the Eastern District of Louisiana, the defendant, **JEANINE BREAUX**, while being a person employed, directly and indirectly, by Carpenters Local Union No. 1846, a labor organization engaged in an industry affecting commerce and subject to the Labor-Management Reporting and Disclosure Act of 1959, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $82,414.69 in violation of Title 29, United States Code, Section 501(c).

Fee ____
Process ____
Dktd ____
CtRmDep ____
Doc. No. ____

## NOTICE OF FORFEITURE

1.      The allegations of Count 1 of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

2.      As a result of the offense alleged in Count 1, defendant, **JEANINE BREAUX,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c), any and all property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 29, United States Code, Section 501(c).

3.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

　　　　a.      cannot be located upon the exercise of due diligence;

　　　　b.      has been transferred or sold to, or deposited with, a third person;

　　　　c.      has been placed beyond the jurisdiction of the Court;

　　　　d.      has been substantially diminished in value; or

　　　　e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

Chandra Menon
Assistant United States Attorney

New Orleans, Louisiana
February 3, 2014

No. _____

# United States District Court

### FOR THE

EASTERN _____ DISTRICT OF _____ LOUISIANA

UNITED STATES OF AMERICA

*vs.*

JEANINE BREAUX

## BILL OF INFORMATION FOR
## EMBEZZLEMENT OF LABOR UNION ASSETS

Violation(s):   29 U.S.C. § 501(c)

Filed _____, 20 __14__

_____, *Clerk.*

By _____, *Deputy*

CHANDRA MENON
Assistant United States Attorney